IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFERY L JONES,

    Plaintiff,

v.                                                          CASE NO. 1:09-cv-00241-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation by the Magistrate Judge. Upon consideration, the Magistrate Judge has recommended the decision of the Commissioner be affirmed in part, and reversed and remanded in part. No party has objected to that recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 22, is ADOPTED and incorporated herein.

2. The decision of the Commissioner denying benefits is AFFIRMED IN PART as to Plaintiff's residual functional capacity.

3. The decision of the Commissioner is REVERSED AND REMANDED pursuant

to Sentence Four of 42 U.S.C. § 405(g) to obtain vocational expert evidence and to reconsider the application for benefits for the period of July 28, 2005 through October 21, 2007 in light of that vocational evidence.

**DONE AND ORDERED** this   *20th* day of September, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge